JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ROWLAND, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:12-CV-04548-JVS-FFM<br><br>**ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>**[F.R.C.P. 41(A)(1)]** |

IT IS HEREBY ORDERED that the dismissal stipulated by and between the parties to this action, through their respective counsel of record, is granted and that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or their own costs and attorneys' fees.

Dated: May 01, 2013

_____
HONORABLE JAMES V. SELNA

SF/3772857v1